

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00043-CV

| | | |
|---|---|---|
| DFW Full Spectrum Contractors and Consultants, LLC | § | From the 415th District Court |
| | § | of Parker County (CV13-0638-A) |
| v. | § | February 26, 2015 |
| American First National Bank | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant DFW Full Spectrum Contractors and Consultants, LLC shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Bonnie Sudderth_____
Justice Bonnie Sudderth